

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00729-CV

**IN THE INTEREST OF R.B., A CHILD**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-17986
Honorable Nick Catoe Jr., Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  January 11, 2017

DISMISSED

Because Michael Scott Bleier, appellant, failed to pay the filing fee in this appeal, on December 16, 2016, we ordered appellant, on or before December 27, 2016, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant failed to pay the filing fee or provide written proof that he is excused from paying the filing fee by the date ordered. We, therefore, dismiss this appeal. *See id.*

PER CURIAM